IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

APR 1 6 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARK KROLL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-4840 |
| | § | |
| ECOLAB INC.; JORGE DAVILA, | § | |
| INDIVIDUALLY; AND DAVID | § | |
| FUEHRER, INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order of this date, the Court granted Defendants' motion for summary judgment (Doc. 14) in all respects. Accordingly, it is hereby **ORDERED** that Plaintiff Mark Kroll take nothing of Defendants Ecolab, Inc., Jorge Davila, and David Fuehrer. Plaintiff is to bear all costs of action.

This is a final judgment.

**SIGNED** this 15th day of April, 2004.



Melinda Harmon
United States District Judge

